UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEJANAI RASKA,

        Plaintiff,                                      Case No. 24-cv-10214
                                              Hon. Matthew F. Leitman

v.

DETROIT PISTONS
ORGANIZATION, et al.,

        Defendants.
_____/

## AMENDED ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

                                  s/Holly A. Ryan
                                  Case Manager
                                  (313) 234-5126